[Civil No. 2678.   Filed February 28, 1928.]

[264 Pac. 692.]

R. N. FREDERICKS, Appellant, v. A. T. HAMMONS, Superintendent of Banks for the State of Arizona, and as Receiver of THE COMMERCIAL TRUST & SAVINGS BANK, a Corporation, Appellee.

Mr. J. E. Russell, for Appellant.

Mr. John A. Ellis, for Appellee.

PER CURIAM.—This suit was brought to enforce the double liability of stockholder Fredericks in the Commercial Trust & Savings Bank, an insolvent banking corporation.

The controlling facts are identical with the facts in *Herndon* v. *Hammons, ante,* p. 88, 262 Pac. 620, and *Hammons* v. *Watkins, ante,* p. 76, 262 Pac. 616, and the decisions in those cases are decisive of this one.

The judgment is reversed, and the cause remanded, with directions to dismiss the complaint.